```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         DEC 10 2025

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cR-00538-JFW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| v. | |
| Corina Ramona Eugene Alcala, | |
| Defendant. | |

   On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

   1.   The court finds that no condition or combination of conditions will reasonably assure:

       A.   (✓) the appearance of defendant as required; and/or

       B.   (✓) the safety of any person or the community.

///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   (✓) Defendant has failed to demonstrate by clear and
 3                  convincing evidence that he is not likely to pose
 4                  a risk to the safety of any other persons or the
 5                  community.  Defendant poses a risk to the safety
 6                  of other persons or the community based on:
 7              alleged violation conduct; criminal
 8              history
 9         _____
10         _____
11         _____
12         B.   (✓) Defendant has failed to demonstrate by clear and
13                  convincing evidence that he is not likely to flee
14                  if released.  Defendant poses a flight risk based
15                  on:  alleged violation conduct;
16                  no bail resources; criminal history
17         _____
18         _____
19         _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:  12/10/2025
24
25                                     _____
                                       HONORABLE JACQUELINE CHOOLJIAN
26                                     United States Magistrate Judge
```